*November 10, 1942.*

KRANZUSCH, Respondent, vs. FASSBENDER, Appellant.

For the appellant: *Bradford & Derber* of Appleton.

For the respondent: *Benton, Bosser, Becker & Parnell* of Appleton.

*By the Court.*—Judgment affirmed.

WILL OF HUGHES: HUGHES, Appellant, vs. VELTEN, Executor, Respondent.

For the appellant: *J. G. Prueher* of Bloomer.

For the respondent: *Stafford & Stafford* of Chippewa Falls, attorneys, and *Walter C. Velten* of Bloomer of counsel.

*By the Court.*—Orders and judgment affirmed.